UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDON GRIFFITH,

               Plaintiff,

-against-

CLARKSTOWN POLICE DEPT., et al.,

               Defendants.

**ORDER**

20-CV-06505 (PMH)

PHILIP M. HALPERN, United States District Judge:

      On January 14, 2021, the Court issued an Order of Service that, *inter alia*: (1) directed service on the Town of Clarkstown and Officer Papenmeyer; (2) instructed the Town of Clarkstown Town Attorney to ascertain the identity of Sgt. John Doe and provide that information to Plaintiff; and (3) ordered Plaintiff to file an amended complaint within thirty days of being provided with Sgt. John Doe's identity. (Doc. 9). Sgt. John Doe was identified as Sgt. Christian Cortelli, Badge No. 463, of the Clarkstown Police Department in a letter mailed to Plaintiff on or about April 6, 2021. (Doc. 16). Plaintiff has not, as of the date of this Order, filed an Amended Complaint. Plaintiff did file, however, a letter on September 8, 2021, stating in pertinent part, "Now you have given me a deadline to amend I have no idea[] what that means are [sic] requires." (Doc. 23 at 1).

      The Court, accordingly, deems the Complaint amended and substitutes Sgt. Cortelli for Sgt. John Doe. Counsel for the Town of Clarkstown shall advise, by letter filed and served on or before October 22, 2021, whether they will accept service on Sgt. Cortelli's behalf.

The Clerk of the Court is directed to add Sgt. Christian Cortelli, Badge No. 463, as a party to this action, and to mail a copy of this Order to Plaintiff.

                                            **SO ORDERED:**

Dated: White Plains, New York
October 15, 2021

_____
PHILIP M. HALPERN
United States District Judge

2