UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MR. BRANDON GRIFFITH,

            Plaintiff,

-against-

CLARKSTOWN POLICE DEPT., et al.,

           Defendants.

**ORDER**

20-CV-06505 (PMH)

PHILIP M. HALPERN, United States District Judge:

    On April 25, 2022, the Court issued a Memorandum Opinion and Order granting Defendants' motion to dismiss. (Doc. 41). Specifically, the Court concluded that "the motion to dismiss is GRANTED. The false arrest claim is dismissed with prejudice, but the strip search and *Monell* claims are dismissed without prejudice." (*Id*. at 13). Insofar as those claims dismissed without prejudice, the Court provided Plaintiff with an opportunity to "file an Amended Complaint from the date of [that] Order to address only the pleading deficiencies identified [therein] and for no other purpose." (*Id*.). The Court warned explicitly that "[f]ailure to file an Amended Complaint within thirty days will result in dismissal of this action without further notice." (*Id*.). More than thirty days have passed since the Memorandum Opinion and Order was issued, but no Amended Complaint (or any other communication from Plaintiff) has been received.

    The Clerk of the Court is respectfully directed to enter Judgment, terminate this action, and mail a copy of this Order to Plaintiff.

                                        **SO ORDERED:**

Dated:  White Plains, New York
           June 7, 2022

                                      PHILIP M. HALPERN
                                      United States District Judge