UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MR. BRANDON GRIFFITH,

                Plaintiff,

-against-                                      20 **CIVIL** 6505 (PMH)

## JUDGMENT

CLARKSTOWN POLICE DEPT., et al.,

                Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 7, 2022, the Court issued a Memorandum Opinion and Order on April 25, 2022, granting Defendants' motion to dismiss. (Doc. 41). Specifically, the Court concluded that "the motion to dismiss is GRANTED. The false arrest claim is dismissed with prejudice, but the strip search and Monell claims are dismissed without prejudice." (Id. at 13). Insofar as those claims dismissed without prejudice, the Court provided Plaintiff with an opportunity to "file an Amended Complaint from the date of [that] Order to address only the pleading deficiencies identified [therein] and for no other purpose." (Id.). The Court warned explicitly that "[f]ailure to file an Amended Complaint within thirty days will result in dismissal of this action without further notice." (Id.). More than thirty days have passed since the Memorandum Opinion and Order was issued, but no Amended Complaint (or any other communication from Plaintiff) has been received; accordingly, the case is closed.

**Dated:**  New York, New York

       June 7, 2022

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                           **BY:**    *K. Mango*

                                                        **Deputy Clerk**